1

2

3

4                    UNITED STATES DISTRICT COURT

5                 NORTHERN DISTRICT OF CALIFORNIA

6

7    BARRY WHITE,                              Case No. 20-cv-05946-WHO (PR)

8              Petitioner,

9         v.                                   **ORDER OF DISMISSAL**

10   UNKNOWN,

11             Respondent.                      Dkt. No. 12

12

13        Petitioner Barry White has not complied with the Court's instructions to file an

14   amended petition.  His original petition was dismissed with leave to amend because it

15   appeared that he had not exhausted his state judicial remedies and because he had failed to

16   state any claim for relief.  (Dkt. No. 13 at 2-3.)  He did not respond to the Order

17   Dismissing Petition With Leave To Amend.  As a result, this federal habeas action is

18   DISMISSED (without prejudice) for his failure to comply with that order and for failure to

19   prosecute, *see* Federal Rule of Civil Procedure 41(b).

20        The petition is dismissed on the additional ground that White has not paid the filing

21   fee or filed a complete application to proceed *in forma pauperis* (IFP).  His IFP motion

22   includes the application form but lacks both a prison trust account statement showing

23   transactions for the last six months and a Certificate of Funds signed by an authorized

24   prison officer.  White's motion to proceed IFP is DENIED as insufficient.  (Dkt. No. 12.)

25        Because this dismissal is without prejudice, White may file a motion to reopen.

26   Any such motion must be clearly labelled "Motion to Reopen" and it must contain (i) an

27   amended petition that complies in all respects with the Order Dismissing Petition With

28   Leave to Amend; and (ii) a complete IFP application or full payment for the $5.00 filing

United States District Court
Northern District of California

fee.

The Clerk shall terminate all pending motions, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:**  June 14, 2021



WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California

2